| | |
|---|---|
| Civil Action No. 7:21-CV-40 | Superior Court ☐   District Court ☒ |
| Date Filed 04/09/2021 | State Court ☐ |

MICHAELA UNDERWOOD, as the duly appointed
Admin. Of the Est. of James McBrayer, Dec., et al.
                                                                Plaintiff

Attorney's Address / Telephone Number

**SPURLIN & SPURLIN, LLC**
P. O. Box 7566
Tifton, Georgia 31793
(229) 391-9106

VS.

HON. GENE SCARBROUGH, Ind. and in his off.
capacity as Sheriff of Tift County, Georgia, et al.
                                                                Defendant

Name and Address of Party to be Served

AXON ENTERPRISE, INC. OF DE

c/o Corporation Service Company, Registered Agent

2 Sun Court, Suite 400
Peachtree Corners, Georgia
                                                                Garnishee

## SHERIFF'S ENTRY OF SERVICE

**PERSONAL:**
☐ I have this day served the defendant _____ personally with a copy of the within action and summons.

**NOTORIOUS:**
☐ I have this day served the defendant _____ by leaving a copy of the action and summons at his/her most notorious place of abode in this county.

☐ Delivered same into the hands of _____ described as follows:
age, about ___ years; weight, about ___ pounds; height, about ___ feet and ___ inches, domiciled at the residence of defendant.

**CORPORATION:**
☒ Served the defendant __Axon Enterprise Inc of DE__, a corporation, by leaving a copy of the within action and summons with __Linda Banks__ in charge of the office and place of doing business of said corporation in this county.

**TACK & MAIL:**
☐ I have this day served the above styled affidavit and summons on the defendant by posting a copy of the same to the door of the premises designated in said affidavit and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class, in an envelope properly addressed to the defendant at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant to answer said summons at the place stated in the summons.

**NON EST:**
☐ Diligent search made and defendant _____ not to be found in the jurisdiction of this Court.

**OTHER:**
☐ Other documents served with summons and action include:

This __16__ day of __April__, __2021__.

_____
Deputy