IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| MICHAELA UNDERWOOD, as the Duly appointed Administratrix of the Estate of James Aaron McBrayer, Deceased; SHERRI McBRAYER, Individually And as the surviving spouse of JAMES AARON McBRAYER, Deceased, and; SAMUEL AARON McBRAYER, by and through his Mother and natural Guardian ANGIE McBRAYER, and JORDAN JANIS McBRAYER, the surviving children Of James Aaron McBrayer, Deceased, <br>    Plaintiffs, | * * * * * * * * * * * * * * * | |
| v. | * * | CIVIL ACTION FILE NO.: 7:21-cv-00040-WLS |
| HON. GENE SCARBROUGH Individually and in His official Capacity as Sheriff of Tift County, Georgia, CLIFF HENDERSON Individually and in his official Capacity as a Lieutenant Deputy Sheriff of Tift County, Georgia ANTHONY RAYMOND TRIPP Jr. Individually and in his official Capacity as Deputy Sheriff of Tift County, Georgia, CONNOR BRENNEN SPURGEON Individually and in his official Capacity as Deputy Sheriff of Tift County, Georgia, and AXON ENTERPRISES, INC. of DE, a Delaware Corporation, <br>    Defendants. | * * * * * * * * * * * * * * * * * * | |

1

## **CERTIFICATE OF SERVICE**

NOW COME the Plaintiffs in the above styled action and herewith certify that the foregoing CONSENT MOTION TO AMEND THE SCHEDULING ORDER was served upon the following counsel of record by electronic means to:

Terry E. Williams
Williams, Morris & Waymire, LLC
Bldg. 400, Suite A
4330 South Lee Street
Buford, Georgia 30518
terry@wmwlaw.com

James L. Elliott
Elliott, Blackburn & Gooding, P.C.
3016 N. Patterson Street
Valdosta, GA 31602
jelliott@ebbglaw.com

Pamela B. Petersen
Amy L. Nguyen
Axon Enterprise, Inc.
17800 N. 85th Street
Scottsdale, AZ 85255
ppetersen@axon.com
amynguyen@axon.com

This 4th day of November, 2021.

*[signature]*

_____
CRAIG ALAN WEBSTER
Attorney for Plaintiffs
Ga. State Bar No.: 744950

111 E. 12th Street
Tifton, Georgia 31794
(229) 388-0082
(229) 388-0084 (fax)
cwebster@twflaw.com