# Exhibit 1

**Aaron >**

> Yes I do understand that for you and I know it's hard

I guess anybody can just do or say whatever the heck they want to and make it look like I sent it. Dang. What the heck

> You did not send anything but the text

No you k ow it's not just hard. Hard is waking up three times a night dying to go use and dont. This is something totally different. But I'm really struggling because I said that I would toss everything else. And I'm not sure I can. I can stomp all but just one ito the dirt. Once it's gone it's gone. No more. Damn I want to freaking die. I know once I'm

DEFT 0785

Aaron >

stomp all but just one ito the dirt. Once it's gone it's gone. No more. Damn I want to freaking die. I know once I'm sober I can stay sober because I've done it. But my addiction drives me to drive all night, be begging all night. Lie cheat steal you know what it's done InMy life or to all of our lives. Can I please catch a break ?? ???? Damn in a way I feel I'm letting you down already but in another I feel I'm not only honest but in an impossible position!!  !!??

Ok. I get it. Your not going to reply.

You want me to decide What am I deciding?? To be there for my kids from now on. Not to make them

DEFT 0786



**Aaron**

> Have to go through me being high again

> You got this you are a strong person you have to do what you can until this passes I truly believe you will have a relationship with the kids

> Am I deciding to never get high agin. I'm already high!! Am I deciding to get sober and stay that way?? Yes I. can I have.

> They don't have to know when this is happening

> Yes sober yes you can yes you are human

> What the hell are you talking about. I'll know when it's happening. It affects

DEFT 0787

**Aaron >**

What the hell are you talking about. I'll know when it's happening. It affects everything I do can do will do want to do plan to do and all that in some form or fashion involves them

What you talking about I can't keep up

Not a fast texted

You said the kids don't have to know if I get high. I m not even going to approach this with that kind of mentality. That gives an addict mind like mine a grey area.

Oh got ya

Why are you up at 130 in the

EFT 0788



TFW — 12:46 PM — 4%

Aaron >

**Aaron:** Why are you up at 130 in the morning text me while I'm all jacked up. And how do I even know who this really is I'm even texting. Helck this might be the CIA or something.

**Me:** I had to much coffee earlier to get me some energy so I'm washing clothes and watching tv lol well it's just me :)

**Aaron:** Oh. Well I really do appreciate all that you are helping me with with the kids. I'm not perfect but I have so much love for them.

**Me:** Yes glad to be able to call for your help it's so hard raising kids and they are yours to I have always wanted you to be apart understand your love for

DEFT 0789