# Exhibit 2

```
                  IN THE SUPERIOR COURT OF TIFT COUNTY
                            STATE OF GEORGIA

SHERRI McBRAYER,                  )
Individually and as the           )
Surviving Spouse of               )
JAMES AARON McBRAYER,             )
Deceased, and on Behalf           )
of Samuel Aaron McBrayer          )
and Jordan Janice                 )
McBrayer, as the Surviving        )
Children of James Aaron           )
McBrayer, Deceased,               )
                                  )
             Plaintiff,           )
                                  )    Civil Action File
        vs.                       )
                                  )    No. 2019CV347
HON. GENE SCARBROUGH, in          )
His Official Capacity as          )
Sheriff of Tift County,           )
Georgia,                          )
                                  )
             Defendant.           )
-----------------------------------------------------------
```

Deposition of ANGELIQUE DUNN McBRAYER, called by the Defendant, taken pursuant to the Georgia Civil Practice Act, was reported by Debbie Paulk Mixon, Certified Court Reporter, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public, at the offices of Hall Booth Smith, PC, 1564 King Road, Tifton, Georgia, commencing at approximately 1:00 p.m. on the 28th day of October 2020 and concluded on the same date.

---

**MIXON REPORTING SERVICE, INC.**

Albany - Tifton - Valdosta                              229-382-8512

www.mixonreportingservice.com                                       1

1    the end of your marriage that you made calls to 911?
2         A.    Now, I haven't really made calls to 911,
3    if you're asking me if I made them.  There might be
4    two I've ever made.  Because he wrecked a truck
5    once.  You're just talking about I myself has not
6    called more than one or two times on -- 911, at the
7    most.
8         Q.    Well, my question originally was whether
9    you had called law enforcement, 911, about Aaron's
10   conduct.  And you said there were --
11        A.    Yeah, I don't think --
12        Q.    -- multiple times.
13        A.    I'll have to go look it up.  I'll have
14   to try to figure it out.  I mean, I don't think I've
15   ever called 911 maybe one or two times.  I can't
16   remember.  I mean, I know he's wrecked a truck one
17   time, I called.  Gosh.  This is going back a long
18   time.  Probably twice I've called.  I just -- I know
19   the law's came out there because he was on probation
20   a lot.  And that's not considered anybody calling.
21   There was a lot of probation stuff.
22        Q.    What do you recall calling for law
23   enforcement about in relation to Aaron's conduct?
24        A.    Oh, conduct, none.  If that was -- I
25   don't know.  I don't know.  I don't know if I've

```
 1        A.      Yeah.  I knew he -- I knew he was at his
 2   mother's, because he had told me.
 3        Q.      Did he ever say anything about going
 4   anywhere else other than to his mother's house that
 5   evening?
 6        A.      Huh-uh (negative response).  Going to
 7   our house.
 8        Q.      Right, later.  But I mean anyplace else.
 9        A.      Huh-uh (negative response).
10        Q.      That's no?
11        A.      No, not that I can think of.  Not
12   offhand, don't ring a bell.
13        Q.      And he was driving a pickup truck that
14   evening, correct?
15        A.      Me?
16        Q.      No.  He -- Aaron was driving a pickup
17   truck that evening?
18        A.      It was parked at his mother's.  I
19   never -- I mean, the only time he drove it was when
20   the accident occurred.
21        Q.      All right.  What vehicle was he
22   regularly driving at that period of time?
23        A.      The white Dodge.
24        Q.      The white Dodge pickup?
25        A.      Uh-huh (positive response).
```

1        Q.      The one you were saying was parked at
2   his mom's?
3        A.      It was there, and so was the silver one.
4        Q.      What silver --
5        A.      He had two trucks.  I don't even know
6   what kind it was.  He had a silver, maybe, Dodge
7   Ram, big one, new one, and a white pickup truck.
8        Q.      All right.
9        A.      Dodge.  I don't know if it was a Ram.
10       Q.      And you believe that during the evening
11  of -- Tuesday evening before the incident occurred
12  early into that Wednesday morning, both those pickup
13  trucks had been at his mother's house, he had had
14  them both there?
15       A.      I'm wanting to think that when I pulled
16  up -- because it was like 1:30, 2:00 in the morning.
17  I didn't really -- I thought -- I'm thinking the
18  white truck was up under the barn.  I know the
19  silver truck was out of the driveway parked beside
20  the house.  Like the way Mom's house is, behind the
21  carport.
22       Q.      Well, which vehicle had he been driving
23  when he ran off the road into that ditch?
24       A.      The silver one.
25       Q.      All right.  But you had not seen him

1  driving it earlier that evening, before you came
2  over to the scene, right?
3       A.    He was riding with me.  He asked me to
4  pick him up and bring him to the house.
5       Q.    And you understand you would be going to
6  pick him up at his mother's house?
7       A.    Correct.
8       Q.    You didn't know he was going to be
9  driving somewhere?
10      A.    He wasn't going to be driving anywhere.
11 We had no plans for him to drive anywhere.
12      Q.    Do you know why he ended up driving the
13 silver pickup truck?
14      A.    I do.
15      Q.    Why?
16      A.    Because before we got into my car, there
17 was a car that pulled up at his mother's driveway.
18 Aaron jumped in the silver truck to go see who it
19 was and overcorrected and hit the ditch.  Completely
20 360 of a person, completely.  Hit his head on the
21 dash, was acting -- I was trying to get him to go to
22 the hospital --
23      Q.    All right.  Back up, now.
24      A.    -- because there was major change.
25      Q.    All right.  So you told me earlier that

1        Q.      Okay.  So he would be going maybe 10
2   miles an hour?
3        A.      Correct, maybe 15.  I don't know.  I
4   didn't see the speedometer.  I just -- the truck
5   didn't look like it was going that fast.  And when
6   it went out of the driveway --
7        Q.      Sure.
8        A.      -- it just looked as if he over-- I'm
9   assuming he overcorrected, because the embankment is
10  not far from the driveway.  So -- and when he did,
11  he was in a major medical situation, complete 360.
12       Q.      But he had been going only 10 or 15
13  miles an hour in the vehicle?
14       A.      But he didn't have a seatbelt on, and
15  the airbags deployed.  And I'm not sure if the -- I
16  had seen cuts and, I mean, totally different person.
17  Doesn't matter, I mean.  He -- something changed
18  when he hit.  He had to have hit his head.  He was
19  not even the same person.
20       Q.      If the airbags came -- deployed and
21  he -- the airbags would have hit his face, would
22  have protected him from hitting anything else,
23  right?
24       A.      I don't think so, if they would have --
25  I don't know.  I haven't seen the truck.  I just

1  screaming, and that was -- something was wrong.  You
2  can't -- there was something wrong.  Because why --
3  I mean, he wouldn't have went into all that --
4      Q.    You didn't know he had --
5      A.    -- if it wasn't something wrong.
6      Q.    -- drugs in his system?
7      A.    There was no drugs.  He was sitting
8  there for two hours calm, talking, laughing, cutting
9  up.
10     Q.    You're not aware that the autopsy
11 disclosed he had drugs in his system?
12     A.    I am aware.  But that morning, from
13 2:00, I'm aware he didn't put anything into his
14 body.
15     Q.    So after he came out of the driveway,
16 overcorrected, went in the ditch, you said he got
17 out and was running around?
18     A.    Holding his head.
19     Q.    Did he run toward you?
20     A.    He was running -- I parked -- I came off
21 the road, and I sat there.  And I was like, "Get
22 in."
23           And he was like, "My head, my head," you
24 know.  And then he kind of went up through where we
25 used to live.  So that was what was strange.  It was

1               And then 911 was dispatched for him,
2    MVR, injuries.
3         Q.    How long was the driveway at that house,
4    from the house down to where the wreck occurred?
5         A.    Probably this driveway to maybe that
6    next road.  It's a good little piece.
7         Q.    So what would you estimate --
8         A.    I don't have an --
9         Q.    -- couple of hundred feet?
10        A.    -- estimation on time -- I mean -- I
11   mean on -- I don't know.
12        Q.    Okay.
13        A.    I've walked it a many a day -- I know
14   that -- and it's taken me like ten minutes to get
15   down the driveway walking.
16        Q.    So it's -- the way it is now is the way
17   it was at the time --
18        A.    Yes.
19        Q.    -- of the incident?  Okay.
20        A.    Correct.
21        Q.    So you drove down there to where he had
22   run off the road --
23        A.    To check on him.
24        Q.    -- correct?  And that -- you stayed in
25   your vehicle when you --

1    A.    Correct.
2    Q.    -- saw him?  And then he took off, you
3    said, away from you?
4    A.    Uh-huh (positive response).
5    Q.    That's a yes?
6    A.    Yes.
7    Q.    And then you basically follow along?
8    A.    Yes.
9    Q.    Okay.  But you didn't have your phone
10   with you?
11   A.    I couldn't find my phone.  I didn't -- I
12   looked, and then I'm in an emergency.  You know, I
13   don't -- I'm trying to help him.  I didn't -- I
14   couldn't -- it wasn't right there.  And I'm like,
15   "Aaron, get in.  Let's go to the hospital.
16   Something's wrong."  I kept saying, "Something's
17   wrong."
18   Q.    So you had your phone with you?
19   A.    Somewhere, because I recorded the video
20   when they said they wasn't taking him to the
21   hospital.
22   Q.    All right.  So again, walk me through
23   step by step as you're driving along Hall Road.
24   Aaron is running off, and then he -- do you lose
25   sight of him at some point there?