# Exhibit 3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MICHAELA UNDERWOOD, as the duly appointed Administratrix of the Estate of James Aaron McBrayer, Deceased; SHERRI McBRAYER, Individually and as the surviving spouse of James Aaron McBrayer, Deceased, and; SAMUEL AARON McBRAYER, by and through his mother and natural guardian ANGIE McBRAYER, and JORDAN JANICE McBRAYER, the surviving children of James Aaron McBrayer, Deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>HON. GENE SCARBROUGH, Individually and in his official capacity as Sheriff of Tift County, Georgia CLIFF HENDERSON, Individually and in his official capacity as a Lieutenant Deputy Sheriff of Tift County, Georgia, ANTHONY RAYMOND TRIPP, JR., Individually and in his official capacity as Deputy Sheriff of Tift County, Georgia, CONNER BRENNEN SPURGEON, Individually and in his official capacity as Deputy Sheriff of Tift County, Georgia, and AXON ENTERPRISE, INC. of DE, a Delaware Corporation,<br>    Defendants. | CIVIL ACTION NUMBER:<br>7:21-CV-00040-WLS |

------



Page 2

1
2
3                              ------
4
5
6        The following deposition of CLIFF HENDERSON was taken
7   pursuant to stipulations contained herein, before Carrie Cocke,
8   Certified Court Reporter, CCR 5059-8115-5409-9200, in the State
9   of Georgia, on October 27, 2021 at the Georgia State Bar
10  Association office located at 244 2nd Street, East, Tifton,
11  Georgia at 9:04 a.m.
12
13
14
15
16
17
18
19
20
21
22                        Magna Legal Services
                              866-624-6221
23                          www.MagnaLS.com
24
25



Page 22

```
 1        A.    Uh-huh.
 2        Q.    Meaning --
 3        A.    Code 3.  It means you turn on your lights and sirens
 4   and -- and it's an emergency.
 5        Q.    Okay.  You then state I drove up on the site where
 6   the truck had wrecked.  Can you describe to me that location
 7   where the truck had wrecked?
 8        A.    From where the location where they made contact with
 9   Mr. McBrayer, it would be -- if you're coming from the
10   direction of Salem Church Road, when you're coming off of 82,
11   it would be -- you would pass the vehicle first before you get
12   to the address where they were at with him.  As far as length,
13   a few hundred yards, and that would be guessing, too.
14        Q.    A -- a few hundred yards from where the truck was to
15   the location of the incident with Mr. McBrayer?
16        A.    That's correct.
17        Q.    I'm going to show you what's been previously marked
18   Defense Exhibit 2A through 2D.  And these are aerial photos, if
19   you can just take a moment to try to orient yourself.
20              (DEFENDANT'S EXHIBIT NUMBER 2A THROUGH 2D,
21              PHOTOGRAPHS, were previously marked for
22              identification.)
23        A.    Okay.
24        Q.    So on the first photo, 2A, it has an indication where
25   303 Hall Road is; do you see that?
```

