# Exhibit 4

## CAD Call: 04:49 04/24/2019 Susp Person

| | | | |
|---|---|---|---|
| **When Reported:** | 04:49:23 04/24/2019 | **Complainant** | |
| **Address:** | 303 HALL RD<br>Tifton | **Name:** | |
| **Directions:** | | **Address:** | |
| **Occurred between:** | 04:49:10 04/24/2019 and 04:49:23 04/24/2019 | **Race:** | |
| **Contact:** | KELLY, STEVEN | **Sex:** | |
| **Phone:** | (229)646-1889 | **Phone:** | |
| | | **Birth Date:** | |

**Other Information:**

**Comments:**

CALLER ADV THAT HE CAN HEAR A MALE SOMEWHERE IN THE AREA SCREAMING "HELP";UNK WHAT'S GOING ON
04:50:50 04/24/2019 - mpowell
CALLER CAN'T SEE THE PERSON YELLING FOR HELP
04:51:02 04/24/2019 - mpowell
CALLER ADV THAT HIS DOGS WOKE HIM UP

04:51:48 04/24/2019 - mpowell
CALLER WILL 25 IF NEEDED
04:57:47 04/24/2019 - tsawyer
T27 ADV BOTH AIR BAGS DEPLOYED
04:59:47 04/24/2019 - mpowell
ANGELA SIZEMORE @ 382 HALL RD ADV THAT SHE CAN HEAR A MALE SUBJ SCREAMING
05:00:22 04/24/2019 - tsawyer
TRUCK IS SMOKING
05:02:02 04/24/2019 - tsawyer
ADV ONE TASERED
05:03:41 04/24/2019 - mpowell
SQ3 CLEAR
05:06:50 04/24/2019 - slunceford
GSP HAS BEEN CONTACTED TO WORK PER T21 AND T27. ASKED DEPUTIES DID THEY WANT TO WAIT OVER AN HOUR, TROOPER WILL BE ENROUTE FROM BROOKS CO. WAITING FOR THEM TO CONFIRM AND DEPUTY ADV SUBJ WAS TASED SO WENT AHEAD AND ADV GSP TO CALL OUT THEIR TROOPER.
05:09:35 04/24/2019 - tsawyer
CLEAR FOR EMS
05:20:22 04/24/2019 - mpowell
BAT52 ADV ALL INCOMING UNITS TO RETURN BACK TO SERVICE
05:21:30 04/24/2019 - slunceford
TROOPER HAS LEFT HIS HOUSE IN BROOKS CO, ETA DRIVING TIME FROM BROOKS CO
05:28:46 04/24/2019 - mpowell
BAT52 ADV TO NOTIFY THE CORONER
05:32:07 04/24/2019 - tsawyer
C71 ETA 20 25 MINS
05:41:30 04/24/2019 - mpowell
RECEIVED THE 1ST CALL FROM 392-7014 @ 0442;I CAN JUST HEAR A MALE SUBJ SAYING STOP IT AND HELP SEVERAL TIMES AND IT ALSO SOUNDED LIKE HE WAS RUNNING;THE MALE NEVER GAVE ME A LOCATION;RAPIDLITE WAS USED SEVERAL TIMES TO TRY AND PING HIS LOCATION AND IT STATED NO DATA AVAILABLE;392-7014 WAS ALSO CALLED BACK 9 TIMES

**State Returns:**

04:57:31 04/24/2019 - tsawyer

State Response:

-00021106 DORRQ 20190424 04:57:13 20190424 04:57:12 08B7001C01
RR.GAGBI0051.TFEX.TXT
GEORGIA REGISTRATION AND TITLE INFORMATION SYSTEM
RESPONSE BASED UPON:
LIC/RHW5242   LIT/    LIY/     LIENS:
ATTENTION:
                          VEHICLE DETAIL RESPONSE
VIN: 3C63R3CL1DG609116      2013  RAM           TRUCK 3500 ST    TK  SIL
TITLE NO: 770640171591970                PURCHASE DT: 20170518

CUSTOMER ID: 000052354482   DOB: 19480222
IDA JANICE S MCBRAYER
CUSTOMER ID: 000056074707   DOB: 19771205
JAMES AARON MCBRAYER
359 HALL RD                              TAX COUNTY: TIFT
TIFTON            GA    31793-6659

CURRENT PLATE NO: RHW5242  CAT: AA    ISSUE DT: 20190204 VALID DT: 20200222
DECAL NO:   31100837   REGISTRATION STATUS: ACTIVE
INSUR:VALID INSURANCE COVERAGE      2018-06-13  COUNTRY Mutual Insurance Compa

```
INSURANCE POLICY #: P010055705
PRIOR PLATE NO:   RHW5242  CAT: AA      ISSUE DT: 20180209 VALID DT: 20190222
DECAL NO:   30913259


*END OF MESSAGE*


05:17:55 04/24/2019 - tsawyer

State Response:


<<Image1.JPG>>

-00021109 CONCAT 20190424 05:17:40 20190424 05:17:39 08B7001C02
DR.GAGBI0051.GA137043N.TXT
OLN/054013260.IMQ/Y.
NAME:MCBRAYER, ANGELIQUE DUNN
ADDR:136 LAMAR ST
     OMEGA          GA 31775
LIC NUM:054013260              ADAP:N
SEX:F       DOB:05/18/1974       HGT:503  WGT:115  EYE:GRN
CONTACT: PRI: 229 256-3426 SEC: NONE

CLASS: C     ISSUE DT:08/24/2017 EXPIRE DT:05/18/2021
TYPE:REGULAR                    SURR DT:
RESTRICTION:B/CORRECTIVE LENSES
ENDORSEMENT:NONE
COMMERCIAL STATUS:NOT LICENSED
NON-COMMERCIAL STATUS:VALID
PERMIT STATUS:NONE

ACTIVE SUSPENSIONS:NONE

END OF LICENSE NUMBER INQUIRY**
IMAGE :

IMAGE CAPTURE DATE: 2017-08-24
**
   <SLImages><Image><UpperTopText></UpperTopText><UpperBottomText></UpperBottomText><LowerTopText></LowerTopText><Extension>JPG</Extens
```

**Radio Logs:**

| When Reported | Unit | Ten Code | Agency | Zone | Logged By | Description |
|---|---|---|---|---|---|---|
| 06:44:33 04/24/2019 | T46 | ARRVD | TCSO | SO4 | mburke | Arrived on Scene call=24l |
| 06:35:06 04/24/2019 | T23 | CMPLT | TCSO | SO4 | mburke | |
| 06:26:32 04/24/2019 | T42 | 4 | TCSO | SO4 | mburke | BUD'S 23 |
| 06:15:31 04/24/2019 | T21 | 4 | TCSO | SO4 | mburke | Affirmative call=24l |
| 06:15:31 04/24/2019 | T23 | 4 | TCSO | SO4 | mburke | Affirmative call=24l |
| 06:15:31 04/24/2019 | T25 | 4 | TCSO | SO4 | mburke | Affirmative call=24l |
| 06:15:31 04/24/2019 | T27 | 4 | TCSO | SO4 | mburke | Affirmative call=24l |
| 06:15:31 04/24/2019 | T29 | 4 | TCSO | SO4 | mburke | Affirmative call=24l |
| 06:15:31 04/24/2019 | T36 | 4 | TCSO | SO4 | mburke | Affirmative call=24l |
| 06:15:31 04/24/2019 | T42 | 4 | TCSO | SO4 | mburke | Affirmative call=24l |
| 06:15:31 04/24/2019 | T71 | 4 | TCSO | SO4 | mburke | Affirmative call=24l |
| 06:04:41 04/24/2019 | T23 | ARRVD | TCSO | SO4 | mburke | Arrived on Scene call=24l |
| 05:52:55 04/24/2019 | T25 | BUSY | TCSO | SO4 | mburke | TRMC ER, call=24l |
| 05:52:55 04/24/2019 | T27 | BUSY | TCSO | SO4 | mburke | TRMC ER, call=24l |
| 05:50:25 04/24/2019 | T21 | 4 | TCSO | SO4 | mburke | Affirmative call=24l |
| 05:50:25 04/24/2019 | T25 | 4 | TCSO | SO4 | mburke | Affirmative call=24l |
| 05:50:25 04/24/2019 | T27 | 4 | TCSO | SO4 | mburke | Affirmative call=24l |
| 05:50:25 04/24/2019 | T29 | 4 | TCSO | SO4 | mburke | Affirmative call=24l |
| 05:50:25 04/24/2019 | T36 | 4 | TCSO | SO4 | mburke | Affirmative call=24l |
| 05:50:25 04/24/2019 | T42 | 4 | TCSO | SO4 | mburke | Affirmative call=24l |
| 05:50:25 04/24/2019 | T71 | 4 | TCSO | SO4 | mburke | Affirmative call=24l |
| 05:50:17 04/24/2019 | BAT52 | 4 | TCFR | 51 | mburke | incid#=19TR-2935 Affirmative call=24e |
| 05:50:17 04/24/2019 | RES51 | 4 | TCFR | 51 | mburke | incid#=19TR-2935 Affirmative call=24e |
| 05:50:17 04/24/2019 | SQ3 | 4 | TCFR | 51 | mburke | incid#=19TR-2935 Affirmative call=24e |
| 05:45:37 04/24/2019 | T21 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:45:37 04/24/2019 | T25 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:45:37 04/24/2019 | T27 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:45:37 04/24/2019 | T29 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:45:37 04/24/2019 | T36 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:45:37 04/24/2019 | T42 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:45:37 04/24/2019 | T71 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:43:02 04/24/2019 | BAT52 | 4 | TCFR | 51 | mpowell | incid#=19TR-2935 Affirmative call=24e |

DEFT 0012

| Time | Date | Unit | Status | Agency | Zone | User | Notes |
|---|---|---|---|---|---|---|---|
| 05:43:02 | 04/24/2019 | RES51 | 4 | TCFR | 51 | mpowell | Incid#=19TR-2935 Affirmative call=24e |
| 05:43:02 | 04/24/2019 | SQ3 | 4 | TCFR | 51 | mpowell | Incid#=19TR-2935 Affirmative call=24e |
| 05:40:36 | 04/24/2019 | T25 | ENRT | TCSO | SO4 | tsawyer | TO TRMC W/T27 call=24l |
| 05:40:10 | 04/24/2019 | T21 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:40:10 | 04/24/2019 | T25 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:40:10 | 04/24/2019 | T36 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:40:10 | 04/24/2019 | T42 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:40:10 | 04/24/2019 | T71 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:40:09 | 04/24/2019 | T27 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:40:09 | 04/24/2019 | T29 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:34:47 | 04/24/2019 | T21 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:34:47 | 04/24/2019 | T25 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:34:47 | 04/24/2019 | T27 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:34:47 | 04/24/2019 | T29 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:34:47 | 04/24/2019 | T36 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:34:47 | 04/24/2019 | T42 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:34:47 | 04/24/2019 | T71 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:29:32 | 04/24/2019 | T71 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:29:31 | 04/24/2019 | T21 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:29:31 | 04/24/2019 | T25 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:29:31 | 04/24/2019 | T27 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:29:31 | 04/24/2019 | T29 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:29:31 | 04/24/2019 | T36 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:29:31 | 04/24/2019 | T42 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:24:05 | 04/24/2019 | T21 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:24:05 | 04/24/2019 | T25 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:24:05 | 04/24/2019 | T27 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:24:05 | 04/24/2019 | T29 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:24:05 | 04/24/2019 | T36 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:24:05 | 04/24/2019 | T42 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:24:05 | 04/24/2019 | T71 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:20:56 | 04/24/2019 | E51 | CMPLT | TCFR | 51 | mpowell | Incid#=19TR-2935 Completed Call call=24e |
| 05:20:56 | 04/24/2019 | E59 | CMPLT | TCFR | 51 | mpowell | Incid#=19TR-2935 Completed Call call=24e |
| 05:20:56 | 04/24/2019 | RES51 | CMPLT | TCFR | 51 | mpowell | Incid#=19TR-2935 Completed Call call=24e |
| 05:19:35 | 04/24/2019 | T25 | LOCTN | TCSO | SO4 | tsawyer | Unit Location: 381 HALL RD |
| 05:19:24 | 04/24/2019 | T25 | 4 | TCSO | SO4 | tsawyer | 381 HALL RD call=24l |
| 05:18:22 | 04/24/2019 | T21 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:18:22 | 04/24/2019 | T25 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:18:22 | 04/24/2019 | T29 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:18:22 | 04/24/2019 | T36 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:18:22 | 04/24/2019 | T42 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:18:22 | 04/24/2019 | T71 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:18:21 | 04/24/2019 | T27 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:18:09 | 04/24/2019 | SQ3 | ARRVD | TCFR | 51 | mpowell | Incid#=19TR-2935 Arrived on Scene call=24e |
| 05:17:33 | 04/24/2019 | T21 | DLINQ | TCSO | SO4 | tsawyer | dl=054013260 state=GA |
| 05:17:22 | 04/24/2019 | BAT52 | ARRVD | TCFR | 51 | mpowell | Incid#=19TR-2935 Arrived on Scene call=24e |
| 05:16:27 | 04/24/2019 | E59 | ENRT | TCFR | 51 | mpowell | Incid#=19TR-2935 Enroute to a Call call=24e |
| 05:14:19 | 04/24/2019 | RES51 | ENRT | TCFR | 51 | mpowell | Assigned as Responsible Unit for call 19-027621 |
| 05:14:06 | 04/24/2019 | 51 | CMPLT | TCFR | 51 | mpowell | Incid#=19TR-2935 Completed Call call=24e |
| 05:14:06 | 04/24/2019 | 59 | CMPLT | TCFR | 51 | mpowell | Incid#=19TR-2935 Completed Call call=24e |
| 05:12:55 | 04/24/2019 | T21 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:12:55 | 04/24/2019 | T25 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:12:55 | 04/24/2019 | T27 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:12:55 | 04/24/2019 | T29 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:12:55 | 04/24/2019 | T36 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:12:55 | 04/24/2019 | T42 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:12:55 | 04/24/2019 | T71 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24l |
| 05:10:50 | 04/24/2019 | T21 | ARRVD | TCSO | SO4 | tsawyer | Arrived on Scene call=24l |
| 05:10:23 | 04/24/2019 | BAT52 | ENRT | TCFR | 51 | mpowell | Incid#=19TR-2935 Enroute to a Call call=24e |
| 05:10:19 | 04/24/2019 | T42 | ARRVD | TCSO | SO4 | tsawyer | ON HALL W/ VEH IN THE DITCH call=24l |
| 05:08:56 | 04/24/2019 | T25 | ARRVD | TCSO | SO4 | tsawyer | c=24l |
| 05:08:49 | 04/24/2019 | T36 | 95 | TCSO | SO4 | tsawyer | In Custody call=24l |
| 05:08:38 | 04/24/2019 | T29 | ARRVD | TCSO | SO4 | tsawyer | c=24l |
| 05:08:25 | 04/24/2019 | T36 | ARRVD | TCSO | SO4 | tsawyer | Arrived on Scene call=24l |
| 05:07:33 | 04/24/2019 | SQ3 | ENRT | TCFR | 51 | mpowell | Incid#=19TR-2935 Enroute to a Call call=24e |
| 05:06:55 | 04/24/2019 | T27 | 4 | TCSO | SO4 | tsawyer | THINKS LEFT KNEE IS DISLOCATED call=24l |
| 05:06:27 | 04/24/2019 | T27 | 4 | TCSO | SO4 | tsawyer | NEEDS EMS LEFT KNEE BUSTED call=24l |
| 05:06:13 | 04/24/2019 | E51 | ENRT | TCFR | 51 | mpowell | Incid#=19TR-2935 Enroute to a Call call=24e |
| 05:04:59 | 04/24/2019 | RES51 | ENRT | TCFR | 51 | mpowell | Incid#=19TR-2935 Enroute to a Call call=24e |
| 05:04:36 | 04/24/2019 | | | | | | |

|  |  | T42 | 4 | TCSO | SO4 | tsawyer | CD3 call=24I |
|---|---|---|---|---|---|---|---|
| 05:04:09 | 04/24/2019 | T21 | ARRVD | TCSO | SO4 | tsawyer | c=24I |
| 05:04:01 | 04/24/2019 | T36 | 4 | TCSO | SO4 | tsawyer | CD 2 call=24I |
| 05:03:52 | 04/24/2019 | T36 | ARRVD | TCSO | SO4 | tsawyer | c=24I |
| 05:03:52 | 04/24/2019 | T42 | ARRVD | TCSO | SO4 | tsawyer | c=24I |
| 05:03:51 | 04/24/2019 | CANCEL | CMPLT | T911 | TFR59 | mpowell | C=24F |
| 05:03:31 | 04/24/2019 | 51 | DISP | TCFR | 51 | mpowell | Incid#=19TR-2935 Dispatched / Assigned to Call call=24e |
| 05:03:31 | 04/24/2019 | 59 | DISP | TCFR | 51 | mpowell | Incid#=19TR-2935 Dispatched / Assigned to Call call=24e |
| 05:01:20 | 04/24/2019 | T27 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24I |
| 05:01:20 | 04/24/2019 | T71 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24I |
| 05:00:30 | 04/24/2019 | T71 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24I |
| 05:00:29 | 04/24/2019 | T27 | 4 | TCSO | SO4 | tsawyer | Affirmative call=24I |
| 04:58:29 | 04/24/2019 | T27 | 4 | TCSO | SO4 | tsawyer | IN AREA ON FOOT call=24I |
| 04:57:03 | 04/24/2019 | T27 | VHINQ | TCSO | SO4 | tsawyer | pl=RHW5242 st=GA |
| 04:56:50 | 04/24/2019 | T71 | ARRVD | TCSO | SO4 | tsawyer | Arrived on Scene call=24I |
| 04:56:37 | 04/24/2019 | T27 | 4 | TCSO | SO4 | tsawyer | TRUCK IN DITCH AT 343 HALL RD call=24I |
| 04:53:51 | 04/24/2019 | T27 | ARRVD | TCSO | SO4 | tsawyer | ON HALL RD call=24I |
| 04:51:54 | 04/24/2019 | T71 | ENRT | TCSO | SO4 | tsawyer | c=24I |
| 04:50:52 | 04/24/2019 | T27 | ENRT | TCSO | SO4 | tsawyer | Enroute to a Call call=24I |

**Involvements:**  1 - 1 of 1

All (1)

| Type | Date | Description | Relationship |
|---|---|---|---|
| ▶ |  |  |  |

Refresh Data