IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MICHAELA UNDERWOOD, as the Duly appointed Administratrix of the Estate of James Aaron McBrayer, Deceased; SHERRI McBRAYER, Individually And as the surviving spouse of JAMES AARON McBRAYER, Deceased, and; SAMUEL AARON McBRAYER, by and through his Mother and natural Guardian ANGIE McBRAYER, and JORDAN JANIS McBRAYER, the surviving children Of James Aaron McBrayer, Deceased,     Plaintiffs, <br><br> v. <br><br> HON. GENE SCARBROUGH Individually and in His official Capacity as Sheriff of Tift County, Georgia, CLIFF HENDERSON Individually and in his official Capacity as a Lieutenant Deputy Sheriff of Tift County, Georgia ANTHONY RAYMOND TRIPP Jr. Individually and in his official Capacity as Deputy Sheriff of Tift County, Georgia, CONNOR BRENNEN SPURGEON Individually and in his official Capacity as Deputy Sheriff of Tift County, Georgia, and AXON ENTERPRISES, INC. of DE, a Delaware Corporation,     Defendants. | CIVIL ACTION FILE NO.: 7:21-cv-00040-WLS |

1

## **CERTIFICATE OF SERVICE**

NOW COME the Plaintiffs in the above styled action and herewith certify that the following materials:

1) Joint Motion to Dismiss Tift County Defendants

were served upon the following counsel of record by electronic means to:

Terry E. Williams
Williams, Morris & Waymire, LLC
Bldg. 400, Suite A
4330 South Lee Street
Buford, Georgia 30518
terry@wmwlaw.com

James L. Elliott
Elliott, Blackburn & Gooding, P.C.
3016 N. Patterson Street
Valdosta, GA 31602
jelliott@ebbglaw.com

Pamela B. Petersen
Amy L. Nguyen
Axon Enterprise, Inc.
17800 N. 85th Street
Scottsdale, AZ 85255
ppetersen@axon.com
amynguyen@axon.com

This 18th day of March, 2024.

                                                                                         _____  
                                                                                         CRAIG ALAN WEBSTER  
P.O. Box 2580                                     Attorney for Plaintiffs  
Tifton, Georgia 31793                     Ga. State Bar No.: 744950  
(229) 388-0082  
Websterlawgroup63@gmail.com

                                                                                        SPURLIN & SPURLIN

                                                                                        /s/ John C. Spurlin (with permission)

                                                                                       _____  
                                                                                       JOHN C. SPURLIN  
1510 Whiddon Mill Road                Attorney for Plaintiffs  
Post Office Box 7566                   Ga. State Bar No.: 673230  
Tifton, Georgia 31793  
(229) 391-9106  
johnspurlin@spurlinlaw.com