IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MICHAELA UNDERWOOD, as the duly appointed Administratrix of the Estate of James Aaron McBrayer, Deceased; SHERRI McBRAYER, Individually and as the surviving spouse of James Aaron McBrayer, Deceased, and; SAMUEL AARON McBRAYER, by and through his mother and natural guardian ANGIE McBRAYER, and JORDAN JANICE McBRAYER, the surviving children of James Aaron McBrayer, Deceased, <br><br>    Plaintiffs, <br><br> v. <br><br> HON. GENE SCARBROUGH, Individually and in his official capacity as Sheriff of Tift County, Georgia, CLIFF HENDERSON, Individually and in his official capacity as a Lieutenant Deputy Sheriff of Tift County, Georgia, ANTHONY RAYMOND TRIPP Jr., Individually and in his official capacity as Deputy Sheriff of Tift County, Georgia, CONNOR BRENNEN SPURGEON, Individually and in his official capacity as Deputy Sheriff of Tift County, Georgia, and AXON ENTERPRISE, INC. of DE, a Delaware Corporation, <br><br>    Defendants. | CIVIL ACTION NO.: 7:21-CV-00040-WLS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(A)(1)(A)(ii), the Parties stipulate and agree that Plaintiffs' Complaint (Doc. 1-1) be dismissed *with prejudice* as to Defendant Axon Enterprise, Inc., each party to bear its own attorneys' fees and costs.

RESPECTFULLY SUBMITTED this 2nd day of April, 2024.

CRAIG ALAN WEBSTER
Ga. State Bar No.: 744950
P.O. Box 2580
Tifton, Georgia 31793
(229) 388-0082
Websterlawgroup63@gmail.com

JOHN C. SPURLIN
SPURLIN & SPURLIN
Ga. State Bar No.: 673230
1510 Whiddon Mill Road
Post Office Box 7566
Tifton, Georgia 31793
(229) 391-9106
johnspurlin@spurlinlaw.com
*Counsel for Plaintiffs*

*/s/ Pam Petersen (with permission)*
Pamela B. Petersen (*pro hac vice*)
Arizona Bar No. 011512
AXON ENTERPRISE, INC.
17800 N. 85th Street
Scottsdale, AZ, 85255
Telephone: (623) 326-6016
Facsimile: (480) 905-2027
Email: ppetersen@axon.com

James L. Elliott
Georgia Bar No. 244244
ELLIOTT BLACKBURN P.C.
Telephone: (229) 242-3333
Facsimile: (229) 242-0696
jelliott@ebbglaw.com

*Counsel for Defendant Axon Enterprise, Inc.*