IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| MICHAELA UNDERWOOD, *et al.*, | : |
| Plaintiffs, | : |
| v. | : CASE NO: 7:21-cv-40  (WLS) |
| GENE SCARBROUGH, CLIFF HENDERSON, ANTHONY RAYMOND TRIPP, JR., CONNOR BRENNEN SPURGEON, and AXON ENTERPRISE, INC. of DE., | : |
| Defendants. | : |

## ORDER

Presently before the Court is a joint Stipulation of Dismissal With Prejudice (Doc. 111) ("Stipulation") filed April 2, 2024. Therein, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii),[1] The Parties, by stipulation, dismiss with prejudice, all claims against Axon Enterprise, Inc. of DE ("Axon"). Defendant Axon filed an answer and joins in the Stipulation.

For the purpose of completing the record, the Court acknowledges and **ACCEPTS** The Parties' Stipulation. The above action is **DISMISSED, WITH PREJUDICE**, as to Defendant Axon. The Parties shall bear their own fees and costs. Plaintiffs' claims against all Defendants having now been resolved, the Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 4th day of April 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Fed. R. Civ. P. 41(a)(1)(A)(ii) provides that "[T]he Plaintiff may dismiss an action without a court order by filing: . . .  (ii) a stipulation of dismissal signed by all parties who have appeared."

1